```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 15-01350-RNO
Robert V. Fraley                                                Chapter 13
Margaret A. Fraley
         Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: DGeorge              Page 1 of 2            Date Rcvd: Sep 01, 2016
                            Form ID: ordsmiss          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2016.
```
db/jdb         +Robert V. Fraley,    Margaret A. Fraley,    91 Old River Trail,    White Haven, PA 18661-8505
br             +Lewith & Freeman Real Estate,    95 South Main Road,    Mountaintop, PA 18707-1923
cr             +PA Department of Revenue,    Office of Attorney General,    15th Floor - Strawberry Square,
                 Harrisburg, PA 17120-0001
4630717        +David Kutney,    227 Rutter Avenue,    Kingston, PA 18704-4615
4630718         Geisinger,    100 North Academy Avenue,    Danville, PA 17822-3941
4630719        +Luis Ortiz,    Luis Ortiz & Sons, Inc.,    P O Box 92,    White Haven, PA 18661-0092
4630720        +Luzerne Co Tax Claim Bur,    % Northeast Revenue Servs.,    200 N River Street,
                 Wilkes-Barre, PA 18711-1004
4630721        +Luzerne Co. Engineer's Office,    65 Reichard Street,    Wilkes-Barre, PA 18702
4630722        +Luzerne County Treasurer,    200 N. River Street,    Wilkes-Barre, PA 18711-1004
4630723         M&T Bank S/M/B with Franklin First,    Lending Servs Customer Support,    P O Box 1288,
                 Buffalo, NY 14240-1288
4630725        +Mengal Oil & Coal,    P O Box 27,    Weatherly, PA 18255-0027
4630726         Michael Blaine,    16 Wildwood Drive Lot 8,    Spring Valley Farms,    White Haven, PA 18861
4630728         PPL Electric Utilities,    Customer Services,    827 Hausman Road,    Allentown, PA 18104-9392
4630730        +State of Maine,    P O Box 9101,    Augusta, ME 04332-9101
4661638         State of Maine Bureau of Revenue Services,    Compliance Division,    PO Box 9101,
                 Augusta, ME 04332-9101
4630731        +Verizon-bkry,    500 Technology Dr. Ste 500,    Weldon Springs, MO 63304-2225
4630732        +W-B Tax Office,    City Hall,    40 Market Street,    Wilkes-Barre, PA 18702-7104
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4630712         EDI: AMEREXPR.COM Sep 01 2016 19:13:00      American Express,    P.O. Box 981537,
                 El Paso,79998-1537
4657338         EDI: BECKLEE.COM Sep 01 2016 19:13:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,    POB 3001,    Malvern  PA 19355-0701
4630713        +EDI: TSYS2.COM Sep 01 2016 19:13:00      Barclays Bank Delaware,    700 Prides Crossings,
                 Newark, DE 19713-6102
4630714        +E-mail/Text: bankruptcy@cavps.com Sep 01 2016 19:19:08      Cavalry Portfolio Services,
                 500 Summit Lake Dr.,    Valhalla, NY 10595-2322
4633163        +E-mail/Text: bankruptcy@cavps.com Sep 01 2016 19:19:09      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
4630715         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 01 2016 19:18:52      Comm of PA-Dept of Revenue,
                 Bankruptcy Division,    P O Box 280946,    Harrisburg, PA 17128-0946
4647670         E-mail/Text: camanagement@mtb.com Sep 01 2016 19:18:46      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
4630724        +EDI: TSYS2.COM Sep 01 2016 19:13:00      Macy's,    Bankruptcy Processing,    P O Box 8053,
                 Mason, OH 45040-8053
4630727         E-mail/Text: csc.bankruptcy@amwater.com Sep 01 2016 19:19:27      PA American Water Co.,
                 Customer Service,    P O Box 578,    Alton, IL 62002-0578
4661640        +E-mail/Text: csc.bankruptcy@amwater.com Sep 01 2016 19:19:27      Pennsylvania American Water,
                 PO Box 578,    Alton, IL 62002-0578
4636902         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 01 2016 19:18:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
4630733        +EDI: WFFC.COM Sep 01 2016 19:13:00      Wells Fargo Bank, N.A.,    1 Home Campus,
                 DesMoines, IA 50328-0001
                                                                                              TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4630716*        Comm of PA-Dept of Revenue,    Bankruptcy  Division,    P O Box 280946,
                 Harrisburg, PA 17128-0946
4630729*        PPL Electric Utilities,    Customer Services,    827 Hausman Road,    Allentown, PA 18104-9392
                                                                                     TOTALS: 0, * 2, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2016                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2016 at the address(es) listed below:

```
Brenda Sue Bishop    on behalf of Creditor    PA Department of Revenue bbishop@attorneygeneral.gov,
  RA-occbankruptcy6@state.pa.us;vcaggiano@attorneygeneral.gov;rroberts@attorneygeneral.gov
Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
Joshua I Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
  bkgroup@kmllawgroup.com
Lisa M. Doran    on behalf of Joint Debtor Margaret A. Fraley ldoran@doran-law.net
Lisa M. Doran    on behalf of Debtor Robert V. Fraley ldoran@doran-law.net
United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                TOTAL: 6
```

Order Dismissing(Form ordsmiss) (11/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Robert V. Fraley | Chapter 13 |
| Margaret A. Fraley | |
| aka Margaret Ann Fraley | Case No. 5:15−bk−01350−RNO |

**Debtor(s)**

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: September 1, 2016

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: DGeorge, Deputy Clerk